# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE D. SCHREANE,<br><br>Petitioner,<br><br>v.<br><br>ANDRE MATEVOUSIAN,<br><br>Respondent. | Case No. 1:17-cv-01217-AWI-EPG-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE A RESPONSE TO PETITIONER'S MOTION FOR INJUNCTIVE RELIEF AND MOTION PETITIONING COURT TO REDRESS GRIEVANCE<br><br>(ECF Nos. 7, 14) |

Petitioner is federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On October 25, 2017, Petitioner filed a motion for injunctive relief, requesting that the Court order Respondent to provide memoranda regarding the institutional lockdown, postage for legal and commercial mail, and hygiene products. (ECF No. 7). On November 27, 2017, Petitioner filed a motion for redress of a grievance, alleging that his legal property was wrongfully confiscated. (ECF No. 14).

The Court HEREBY ORDERS that Respondent shall file a response to Petitioner's motions within twenty-one (21) days of the date of service of this order.

IT IS SO ORDERED.

Dated: **November 28, 2017**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE