# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE D. SCHREANE,<br><br>Petitioner,<br><br>v.<br><br>ANDRE MATEVOUSIAN,<br><br>Respondent. | Case No. 1:17-cv-01217-AWI-EPG-HC<br><br>ORDER DIRECTING RESPONDENT TO RE-SERVE RESPONSE TO PETITION (ECF No. 22) AND FILE CERTIFICATE OF SERVICE |

Petitioner is federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 19, 2018, the Court received Petitioner's motion to dismiss his incident report and reinstate his good time credit based on Respondent's alleged failure to file a timely response to the petition. (ECF No. 23). Respondent has not filed a response to Petitioner's motion to dismiss. The Court notes that Respondent filed a response to the petition on February 15, 2018. (ECF No. 22). It appears, however, that Petitioner may not have received Respondent's response to the petition.

///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within SEVEN (7) days of the date of service of this order, Respondent shall re-serve the response to the petition (ECF No. 22) on Petitioner and file a certificate of service with the Court; and

2. Petitioner shall have THIRTY (30) days from the date of service of the response to file a reply.

IT IS SO ORDERED.

Dated: **April 12, 2018**  /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE