# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE D. SCHREANE,<br><br>Petitioner,<br><br>v.<br><br>ANDRE MATEVOUSIAN,<br><br>Respondent. | Case No. 1:17-cv-01217-AWI-EPG-HC<br><br>ORDER FOR SUPPLEMENTAL BRIEFING |

Petitioner is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

In the petition, Petitioner challenges the disciplinary proceeding arising from Incident Report Number 2828100. In part, Petitioner appears to argue that the finding of guilt was based on a misinterpretation of Petitioner's letter, which Petitioner contends was an exercise of his First Amendment rights. (ECF No. 1 at 10; ECF No. 26 at 3).[1]

The Court finds that supplemental briefing on the First Amendment issue would assist the Court in this matter as it was not addressed in Respondent's response to the petition.

Accordingly, the Court HEREBY ORDERS:

1. Respondent shall file a supplemental brief addressing the First Amendment issue within thirty (30) days of the date of service of this order; and

---

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

1

2. Petitioner may file a response to Respondent's brief within thirty (30) days of the date of service of Respondent's brief.

IT IS SO ORDERED.

Dated: **May 10, 2018**  /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE