# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE D. SCHREANE,<br><br>    Petitioner,<br><br>    v.<br><br>ANDRE MATEVOUSIAN,<br><br>    Respondent. | Case No. 1:17-cv-01217-AWI-EPG-HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DISMISSING PETITIONER'S MOTIONS FOR INJUNCTIVE RELIEF AND REDRESS OF GRIEVANCE, DENYING PETITIONER'S MOTION TO DISMISS, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS<br><br>(ECF Nos. 7, 14, 23, 28) |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On May 15, 2018, the Magistrate Judge issued Findings and Recommendation that recommended dismissal of Petitioner's motion for injunctive relief and motion for redress of grievance and denial of Petitioner's motion to dismiss. (ECF No. 28). Petitioner filed timely objections. (ECF No. 29).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendation.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued on May 15, 2018 (ECF No. 28) is ADOPTED IN FULL;
2. Petitioner's motion for injunctive relief (ECF No. 7) is DISMISSED;
3. Petitioner's motion for redress of grievance (ECF No. 14) is DISMISSED; and
4. Petitioner's motion to dismiss (ECF No. 23) is DENIED.

IT IS SO ORDERED.

Dated:  August 1, 2018

_____
SENIOR DISTRICT JUDGE